NEW YORK LIFE INSURANCE COMPANY, Respondent, *v.* ELVIRA MANNING, as Administratrix of the Estate of CHARLES NICCHIA, Appellant, et al., Defendants.

*N. Y. Life Ins. Co.* v. *Manning*, 156 App. Div. 818, affirmed.
(Argued November 24, 1914; decided December 8, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 2, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to annul an outstanding policy of life insurance which the person named therein as the insured never received, accepted, nor paid for.

*George P. Foulk* and *Joseph Nicchia* for appellant.

*James H. McIntosh* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.